ELIZABETH ANN BITONTI *v.* STANLEY V. TUCKER

The motion by the defendant to expunge a portion of the brief of the plaintiff in the appeal from the Superior Court in Hartford County is denied.

*Stanley V. Tucker,* pro se, in support of the motion.

Submitted February 2—decided February 2, 1972

JULIA BRADLEY ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF WESTPORT ET AL.

The petition by the plaintiffs for certification for appeal from the Court of Common Pleas in Fairfield County is granted.

*Raymond B. Rubens,* in support of the petition.

Submitted February 4—decided March 1, 1972

STATE OF CONNECTICUT *v.* BRADLEY SMITH

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Louis M. Winer,* in support of the petition.

*Joseph B. Clark,* assistant prosecuting attorney, in opposition.

Submitted February 7—decided March 1, 1972